v.

**STATE of Missouri, Respondent.**

**No. WD 62731.**

Missouri Court of Appeals,
Western District.

June 15, 2004.

Before ROBERT G. ULRICH, P.J., HAROLD L. LOWENSTEIN and EDWIN H. SMITH, JJ.

## ORDER

■

**STATE of Missouri, Respondent,**

v.

**J.M.S., Appellant,**

**Randy and Gary Stamps, Plaintiffs.**

**No. WD 62545.**

Missouri Court of Appeals,
Western District.

June 15, 2004.

guilty.

Martina L. Peterson, Kansas City, MO, for appellant.

Dale N. Godfrey, Kansas City, MO, for respondent.

Before NEWTON, P.J.,
BRECKENRIDGE and SPINDEN, JJ.

### *ORDER*

PER CURIAM.

J.M.S. appeals the family court's adjudication that he committed acts that, if committed by an adult, constitute the crime of unlawful use of weapons, under section 571.030, RSMo 2000. Since a published opinion would have no precedential value, a memorandum has been provided to the parties.

The family court's judgment is affirmed. Rule 84.16(b).